<mark>Exhibit B</mark>



## Office of the County Counselor
Kirk W. Sponsel, Assistant County Counselor
525 North Main, Suite 359, Wichita, KS 67203-3731 –TEL: 316-660-9340 – FAX: 316-383-7007

August 26, 2022

Stacie Harvey
*Sent via email:* stacieharvey@ymail.com

   Re: Response to KORA Request Dated August 23, 2022

Dear Ms. Harvey,

  I am writing in response to your recent KORA request. Specifically, you have requested "*...the 2020 Cast Vote Records (CVR) for Sedgwick County, in it's entirety, under State and Common law, access to physically inspect ALL ORIGINAL documents and records relating to the 2020 General Election. Since these Records may reside in multiple databases, or otherwise be designated under some other name, I am specifically requesting the Records/Spreadsheets, which include the following information: • CVR Record # • Timestamps • Tabulator ID • Municipality • Precinct • Batch ID • Record ID • Counting Group • Session Type • Ballot Type • Paper Index • Contest • Candidate • Undervotes • Overvotes • Mark Density*".

  Sedgwick County is in possession of Cast Vote Records that contain some of the fields listed in your request. However, we are declining to provide said records to you pursuant to K.S.A. 45-221(a)(1), as Sedgwick County is not required to disclose those records the disclosure of which is specifically prohibited or restricted by federal law, state law, and other listed rules. K.S.A. 25-2422 specifically governs the disclosure of the responsive records. It is unlawful for a person, while charged with any election duty, intentionally "Disclosing or exposing the contents of any ballot, whether cast in a regular or provisional manner, or the name of any voter who cast such ballot, except as ordered by a court of competent jurisdiction in an election contest pursuant to K.S.A. 25-1434 et seq., and amendments thereto;…" K.S.A. 25-2422(a)(1). This statute clearly prohibits the disclosure of Cast Vote Records, as the records contain the contents of cast ballots. To bolster this interpretation, as referenced in the quoted language, K.S.A. 25-1434 *et seq*. provides those standards and methods by which individuals can contest or require review of votes and cast ballots.

  We find this response satisfies your KORA Request.

Sincerely,

Kirk W. Sponsel
Assistant County Counselor

cc: Jennifer Scriven, KORA FIO
cc: Angela Caudillo, Elections Commissioner
cc: Alysia Madison, Administrative Officer