AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02366-JWB-ADM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CLAY BARKER**, who is designated by law to accept service of process on behalf of *(name of organization)* **SECRETARY OF STATE SCOTT SCHWAB** on *(date)* **SEPTEMBER 19, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **9-19-2022**

*Brandi Erickson*
Server's signature

**BRANDI ERICKSON**
Printed name and title

**3705 N 112th ST KC, KS 66109**
Server's address

Additional information regarding attempted service, etc: