AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-02366-JWB-ADM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JANE WELLER , who is

designated by law to accept service of process on behalf of *(name of organization)* DEREK

SCHMIDT on *(date)* SEPTEMBER 19, 2022 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-19-2022

_____
Brandi Erickson
*Server's signature*

BRANDI ERICKSON
*Printed name and title*

3705 N 112th St KCKS. 66109
*Server's address*

Additional information regarding attempted service, etc: