### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Katie Roberts, *pro se* | |
| Rosemary Walker, *pro se* | |
| Thad Snider, *pro se* | |
| Stacie Harvey, *pro se* | |
| Hannah Mingucci, *pro se* | Civil Case NO. 2:22-cv-02366-JWB-ADM |
| Melissa Leavitt, *pro se* | |
| Petitioners, | |
| | Judge: Honorable Judge Crabtree |
| Vs. | |
| BRYAN CASKEY, | |
| SCOTT SCHWAB, | |
| DEREK SCHMIDT, | |
| LAURA KELLY, | |
| Respondents, | |

### MOTION FOR COURT TO GRANT EMERGENCY TRO

Petitioners hereby compel the Honorable Court to grant the petitioners requested Temporary Restraining Order (TRO) / Emergency Injunction to remove all electronic voting machines and drop boxes for the upcoming 2022 midterm elections in all Kansas precincts until a proper hearing and judge ruling can be had. Due to the time sensitivity of this case with early voting starting on October 24, 2022 and the granted time extension of the Respondents to respond to the petition and mandamus to prove petitioners claims to be false, the petitioners face irreparable harm if the 2022 midterms are able to be held using electronic voting machines and drop boxes.

Recent developments in favor of the petitioners claims have surfaced with various counties in Kansas having contracts with election companies with foreign loyalties, such as Konnech's Election Management Software (EMS) called Poll Chief, whose Chinese CEO was arrested and headed to criminal trial for facilitating the sending of over 1.8 million American citizen's personal identifiable information (PII) to the Communist Chinese Party (CCP). The CCP is an "enemy" of America who could use poll worker data to intimidate or influence elections in their favor to weaken America. This is unacceptable and should be taken seriously, and every

American regardless of political affiliation should be concerned about foreign entities meddling with American elections in any form.

If an elections board or supervisor becomes aware that an EMS platform with related apps are being used by the county are insecure or that poll worker's PII is stored or streamed through this software to a foreign country, they are "required by law" to remove this insecure platform from the county's election system.

## CERTIFICATE OF SERVICE

I hereby certify the Motion for Court to Grant Emergency TRO was submitted to the US District Court Clerk via email to be added to the ECF system and a copy mailed on 10/11/2022 via UPSP to the following.

Respondents Counsel:
Amy Decker, Hinkle Law Firm LLC
Bradley Schlozman, Hinkle Law Firm LLC
120 SW 10th Ave, 2nd Floor
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206

Mailed by Plaintiff: Stacie Harvey

*/s/ Stacie Harvey*

By: */s/ Kate Roberts*
Katie Roberts
15730 S. Lone Elm Rd.
Olathe, KS 66061
kroberts102684@gmail.com
913-963-5723

By: */s/ Rosemary Walker*
Rosemary Walker
3150 SW Westover Rd.
Topeka, KS 66604
rwalker2203@gmail.com
785-783-0012

By: */s/ Melissa Leavitt*
Melissa Leavitt
535 West 8th St.
Colby, KS 67701
Missy.Leavitt@protonmail.com
785-443-0634

By: */s/*
9712 Pickering St
Lenexa, KS 66227
WeThePeopleKS@ProtonMail.com
913-265-6480

By: */s/ Stacie Harvey*
Stacie Harvey
1834 N. Denis Marie St.
Wichita, KS 67212
Stacie.Harvey@gmail.com
316-644-4851

By: */s/*
Hannah Mingucci
1300 E. Sleepy Hollow Drive
Olathe, KS 66062
Hannah.Mingucci@gmail.com
913-626-4795