## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Katie Roberts, *pro se* | |
| Rosemary Walker, *pro se* | |
| Thad Snider, *pro se* | |
| Stacie Harvey, *pro se* | |
| Hannah Mingucci, *pro se* | Civil Case NO. 2:22-cv-02366-JWB-ADM |
| Melissa Leavitt, *pro se* | |
| Petitioners, | |
| | Judge: Honorable Judge Crabtree |
| Vs. | |
| BRYAN CASKEY, | |
| SCOTT SCHWAB, | |
| DEREK SCHMIDT, | |
| LAURA KELLY, | |
| Respondents, | |

## MOTION FOR COURT TO STRIKE DEFENDANTS RESPONSE

Petitioners hereby compel the Honorable Court to strike the defendants response (Dkt 18) pursuant to Rule 12(f) in part or whole due to scandalous terms (pg 2) used to describe the plaintiffs allegations as "conspiracy laden" which is hearsay and slanderous. While the claims the plaintiffs allege with actual evidence does not favor the defendants, the claims are backed up with evidence, therefore the term "conspiracy laden" is used by the defendants to deliberately attempt to discredit the plaintiffs to the Court. The term "conspiracy" is defined as "a secret plan by a group to do something unlawful or harmful." This action the defendants are claiming against the plaintiffs could be a mere projection, as the plaintiffs simply seek truth and for the defendants to prove their claims to be false through evidence.

In addition, the plaintiffs compel the Honorable Court to strike the defendants response (Dkt 18) due to false statements to mislead the Court. Defendants claim the court lacks jurisdiction to handle election matters with State Officials, however according to KS 25-4406(m), mandatory requirements for electronic or electromechanical systems electronic voting shall meet the requirements of the help America vote act of 2002 and **other federal statutes** and regulations governing voting equipment.

Furthermore, on January 6, 2017, Elections became a matter of National Security and were federalized[1] when Jeh Johnson declared so. In fact, the Kansas Secretary of State, defendant Scott Schwab, holds a federal government Top Secret Security Clearance to work with CISA & DHS that support this critical infrastructure.

## CERTIFICATE OF SERVICE

I hereby certify the Motion for Court to Strike Defendants Response was submitted to the US District Court Clerk via email to be added to the ECF system and a copy mailed on 10/14/2022 via UPSP to the following.

Respondents Counsel:
Amy Decker, Hinkle Law Firm LLC
Bradley Schlozman, Hinkle Law Firm LLC
120 SW 10th Ave, 2nd Floor
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206

Mailed by Plaintiff: Katie Roberts

*/s/ Kate Roberts*

By: */s/ Kate Roberts*
Katie Roberts
15730 S. Lone Elm Rd.
Olathe, KS 66061
kroberts102684@gmail.com
913-963-5723

By: */s/ Rosemary Walker*
Rosemary Walker
3150 SW Westover Rd.
Topeka, KS 66604
rwalker2203@gmail.com
785-783-0012

By: */s/ Melissa Leavitt*
Melissa Leavitt
535 West 8th St.
Colby, KS 67701
Missy.Leavitt@protonmail.com
785-443-0634

By: */s/*
9712 Pickering St
Lenexa, KS 66227
WeThePeopleKS@ProtonMail.com
913-265-6480

By: */s/ Stacie Harvey*
Stacie Harvey
1834 N. Denis Marie St.
Wichita, KS 67212
Stacie.Harvey@gmail.com
316-644-4851

By: */s/*
Hannah Mingucci
1300 E. Sleepy Hollow Drive
Olathe, KS 66062
Hannah.Mingucci@gmail.com
913-626-4795

---

[1] https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical